# UNITED STATES BANKRUPTCY COURT

Northern District of Illinois

| | | | |
|---|---|---|---|
| In re | Jason Ellis;<br>Debtor | Case No. | 15-21847 |
| | | Chapter | 13 |

**Response to Notice of Final Cure Payment**

**Name of Creditor:** Wells Fargo Bank, NA

**Uniform Claim Identifier:** _____

**Last four digits** of any number you use to identify the debtor's account 8682

**Court Claim No. (if known):** 7

## Part 1: Status of Payments on Claim and Post-Petition Payments

**In response to the Trustee's Notice of Final Cure Payment, Creditor states that:**

**Section A: Status of Claim Amounts (Choose ONE in Section A)**

☒ As of 05/17/2016, Debtor(s) has paid in full the amount required to cure the default on the Creditor's claim.

☐ As of _____, Debtor(s) has **not** paid in full the amount required to cure the default on the Creditor's claim.

    ☐ The Creditor contends that the amounts itemized in Part 2 below remain unpaid.

    ☐ The Creditor contends that Trustee disbursement(s) totaling _____ have not yet been posted to the account. With the application of those funds, the Debtor(s) will have paid in full the amount required to cure the default on the Creditor's claim.

**Section B: Status of Post-Petition Payments, Fees, Expenses and Charges (Choose ONE in Section B)**

☒ **Post-Petition Payments Paid by Debtor(s)**

    ☒ As of 05/17/2016, the Creditor agrees that Debtor(s) is current on all post-petition payments, fees, expenses and charges. Debtor(s) is due post petition for 06/01/2016.

    ☐ As of _____, the Creditor disagrees that the Debtor(s) is current on all post-petition payments, fees, expenses and charges. The Creditor contends that the post-petition payments, fees, expenses and charges itemized in Part 3 below remain unpaid.

☐ **Post-Petition Payments Paid by Trustee**

    ☐ As of _____, the Creditor agrees that Debtor(s) is current on all post-petition payments consistent with Section 1322(b)(5) including all fees, charges, expenses, escrow and costs. Debtor(s) is due post-petition for _____.

        ☐ The Creditor contends that Trustee disbursement(s) totaling _____ have not yet been posted to the account. With the application of those funds, the Debtor(s) will be current with all post-petition payments consistent with Section 1322(b)(5) including all fees, charges, expenses, escrow and costs.

    ☐ As of _____, Creditor disagrees that the Debtor(s) is current on all post-petition payments, fees, expenses and/or charges consistent with Section 1322(b)(5). The Creditor contends that the post-petition payments, fees, expenses and charges itemized in Part 3 below remain unpaid.

## Part 2: Itemization of Claim Amounts not Cured by Debtor(s)

| Description | Amount |
|---|---|
| **1. Late charges** | (1) _____ |
| **2. Non-sufficient funds (NSF) fee** | (2) _____ |
| **3. Attorney's fees** | (3) _____ |
| **4. Filing fees and court costs** | (4) _____ |
| **5. Advertisement costs** | (5) _____ |
| **6. Sheriff/auctioneer fees** | (6) _____ |
| **7. Title costs** | (7) _____ |
| **8. Recording fees** | (8) _____ |

**9. Appraisal/broker's price opinion fees** (9) \_\_\_\_\_

**10. Property inspection fees** (10) \_\_\_\_\_

**11. Tax advances (non-escrow)** (11) \_\_\_\_\_

**12. Insurance advances (non-escrow)** (12) \_\_\_\_\_

**13. Property preservation expenses** (13) \_\_\_\_\_

**14. Escrow shortage or deficiency (not included as part of any installment payment listed in line item 15)** (14) \_\_\_\_\_

**15. Past Due Payments**
    \_\_\_\_\_ - \_\_\_\_\_    \_\_ installments at \_\_\_\_\_    \_\_\_\_\_
    \_\_\_\_\_ - \_\_\_\_\_    \_\_ installments at \_\_\_\_\_    \_\_\_\_\_
    \_\_\_\_\_ - \_\_\_\_\_    \_\_ installments at \_\_\_\_\_    \_\_\_\_\_
    Past due payments prior to \_\_\_\_\_ in the total amount of \_\_\_\_\_
    See attached for breakdown.
              **Total payments due** ▶ (15) \_\_\_\_\_

**16. Other. Specify:** (16) \_\_\_\_\_

**17. Other. Specify:** (17) \_\_\_\_\_

**18. Unapplied Funds** (18) (\_\_\_\_\_)

**19. Total Claim Amounts not cured by Debtor(s). Add all of the amounts listed above.** (19) \_\_\_\_\_

### Part 3: Itemization of Post-Petition Payments, Fees, Expenses and Charges not Cured by Debtor(s)

Description                                                        Amount

**1. Late charges** (1) \_\_\_\_\_

**2. Non-sufficient funds (NSF) fee** (2) \_\_\_\_\_

**3. Attorney's fees** (3) \_\_\_\_\_

**4. Filing fees and court costs** (4) \_\_\_\_\_

**5. Advertisement costs** (5) \_\_\_\_\_

**6. Sheriff/auctioneer fees** (6) \_\_\_\_\_

**7. Title costs** (7) \_\_\_\_\_

**8. Recording fees** (8) \_\_\_\_\_

**9. Appraisal/broker's price opinion fees** (9) \_\_\_\_\_

**10. Property inspection fees** (10) \_\_\_\_\_

**11. Tax advances (non-escrow)** (11) \_\_\_\_\_

**12. Insurance advances (non-escrow)** (12) \_\_\_\_\_

**13. Property preservation expenses** (13) \_\_\_\_\_

**14. Past Due Payments**
        **Escrow advance on the account?**
        ☐ No
        ☐ Yes    Escrow advance balance on the account is \_\_\_\_\_ and will be collected through the escrow portion of the ongoing monthly installments.
    \_\_\_\_\_ - \_\_\_\_\_    \_\_ installments at \_\_\_\_\_    \_\_\_\_\_
    \_\_\_\_\_ - \_\_\_\_\_    \_\_ installments at \_\_\_\_\_    \_\_\_\_\_
    \_\_\_\_\_ - \_\_\_\_\_    \_\_ installments at \_\_\_\_\_    \_\_\_\_\_
    Past due payments prior to \_\_\_\_\_ in the total amount of \_\_\_\_\_
    See attached for breakdown.
              **Total payments due** ▶ (14) \_\_\_\_\_

**15. Other. Specify:** (15) \_\_\_\_\_

**16. Other. Specify:** (16) \_\_\_\_\_

**17. Unapplied Funds** (17) (_____)

**18. Total Claim Amounts not cured by Debtor(s). Add all of the amounts listed above.** (18) _____

/s/ Crystal V. Sava
Attorney for creditor (signature)
6300765
Attorney for creditor (print)
Bar registration number
Anselmo Lindberg Oliver LLC
Company
1771 W. Diehl Road, Suite 120
Address (1)
Naperville, IL 60563
Address (2)
(630) 453-6960
Phone contact
(630) 428-4620
Fax contact
bankruptcy@ALOLawGroup.com
Email contact

**Additional Documentation**

UNITED STATES BANKRUPTCY COURT

## CERTIFICATE OF SERVICE

I hereby certify that on May 18, 2016 a true and correct copy of the foregoing RESPONSE TO NOTICE OF FINAL CURE was served:

Via the Court's ECF system on these entities and individuals who are listed on the Court's Electronic Mail Notice List:

Ben L Schneider, Debtor's Counsel

Glenn B. Stearns, Trustee

Patrick S. Layng, United States Trustee

And by regular US Mail, postage pre-paid on:

Jason Ellis, 1210 Clayton Court, Geneva, IL 60134

      /s/ Crystal V. Sava
Attorney for Creditor